# United States Court of Appeals
## For the First Circuit

No. 06-2393

INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL AND REINFORCING IRON WORKERS UNION LOCAL #7,

Plaintiff, Appellant,

v.

ASSOCIATED GENERAL CONTRACTORS OF MASSACHUSETTS, INC.;
NORTHEAST ERECTORS ASSOCIATION; and BUILDING TRADES
EMPLOYERS' ASSOCIATION OF BOSTON AND EASTERN MASSACHUSETTS,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on June 7, 2007, should be amended as follows:

On page 3, line 8, change "payment[s]." to "payments."

On page 4, line 4, change "disagreements" to "'deadlock[s]'".

On page 5, line 5, change "disagreement" to "'deadlock'".

On page 6, line 11, insert "habitually" before "delinquent".

On page 8, line 6, change "file" to "violate its duty of fair representation by filing".